JUDGE SWEET

**07 CIV 8818**

Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407



OCT 12 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS      :
DISTRICT COUNCIL WELFARE FUND,      :
PENSION FUND, ANNUITY FUND, and     :
TRAINING PROGRAM FUND               :
                                    :
                and                 :         Civil Action
                                    :         No. –
ROBERT BONANZA, as Business Manager :
of the MASON TENDERS DISTRICT COUNCIL :       ECF CASE
OF GREATER NEW YORK,                :
                        Plaintiffs, :         RULE 7.1 Statement
                                    :
              -against-             :
                                    :
EDGE DEVELOPMENT CONSTRUCTION, INC. :
and J.A. "DREW" DIAZ,               :
                                    :
                        Defendants. :
--------------------------------------------------------------x

     Plaintiffs, Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
       October 9, 2007

                                          Respectfully submitted,

By: _____
       Haluk Savci (HS 0853)
       Mason Tenders District Council
       Of Greater New York
       520 Eighth Avenue, Suite 650
       New York, NY
       (212) 452-9407