UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Trustees for The Mason Tenders
District Council Welfare Fund,
Pension Fund, Annuity Funds , and
Triangle Program Fund,
Robert Bonanza as Business
Manager of the Mason Tenders
District Counsel of Greater New York

                Plaintiff,

     vs.

07 Civ. 10948 (RWS)

O R D E R

Edge Development Construction Inc.,
J.A. Drew Diaz

                Defendant.
------------------------------------X

**Sweet, D.J.,**

    For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.

    It is so ordered.

New York, NY
March 13, 2008

ROBERT W. SWEET
U.S.D.J.

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/17/08]

8818