

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# Mason Tenders District Council

## O F   G R E A T E R   N E W   Y O R K   &   L O N G   I S L A N D

**Haluk Savci**

ASSOCIATE GENERAL
COUNSEL

hsavci@masontenders.org

RECEIVED

MAR 2 4 2008

JUDGE SWEET CHAMBERS

March 21, 2008

*So ordered*
*Sweet*
*USDJ*
*3.24.08*

**By Hand and Regular Mail**
The Honorable Robert W. Sweet
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|25|08

Re:  *Trustees for the Mason Tenders District Council Welfare Fund et. al.*
     *v. Edge Development Construction, Inc. and J.A. "Drew" Diaz,*
     07 CV 8818 (RWS)

Your Honor:

I am counsel to Plaintiffs in the above-referenced matter. Pursuant to your March
17, 2008 order, I respectfully write to show cause why the action should be reopened
with respect to Defendant Edge Development Construction, Inc ("Edge" or the
"Corporate Defendant").

By way of summary, this action was commenced on October 12, 2007 against the
Corporate Defendant and its principal, J.A. Diaz ("Defendant Diaz") as an action to
confirm the October 14, 2006 default arbitration award of Arbitrator Robert Herzog in
favor of the Mason Tenders District Council Trust Funds.

After filing the complaint, this office forwarded a copy of the summons and
complaint to our process servers for service of process on both Defendants. The process
servers were unable to effect service on either Defendant and reported that the Corporate
Defendant had apparently ceased operations. On November 29, 2007, our process servers
then served papers through the Secretary of State of New York on an Edge Development
Construction, Inc. listed by the Secretary of State as located since 1992 at 27 Calvin
Avenue, Syosset, NY 11791.  A copy of the December 5, 2007 affidavit of service is
attached. However, this Syosset address did not match Plaintiffs' records.
Correspondence received from the Corporate Defendant, the signature page of the
collective bargaining agreement Edge entered into with the Mason Tenders District
Council and Defendant Diaz's testimony at the underlying arbitration hearing all

The Honorable Robert R. Sweet
March 21, 2008
Page 2 of 2

identified the Corporate Defendant's address as 150 West 28th Street, New York, NY
10001. Additionally, there has been no response to date to the summons and complaint
served on the Syosset address.

Accordingly, given these facts Plaintiffs were uncertain that service of process
had been properly effected through the Secretary of State on the Corporate Defendant.
Plaintiffs withheld filing the affidavit of service with the Clerk of the Court until
completion of an investigation to confirm the entity identified in the affidavit was indeed
the Corporate Defendant. This investigation is ongoing and will be completed by no later
than March 30, 2008.

Given the above, Plaintiffs respectfully request that the Court reopen the action
with the respect to the Corporate Defendant and Plaintiffs be allowed until April 4, 2008
to either file the December 5, 2007 affidavit of service with the Clerk of the Court
indicating timely service pursuant to F.R.C.P 4(m) or submit a motion to the Court
withdrawing the action against the Corporate Defendant without prejudice.

Respectfully submitted,

Haluk Savci

Enc.

CC:    Edge Development Construction, Inc.
       27 Calvin Avenue
       Syosset, NY 11791 (By regular mail)

       Edge Development Construction, Inc.
       150 West 28th Street
       New York, NY 10001 (By regular mail)