Form 19 - SECRETARY OF STATE - 306
MASON TENDERS DISTRICT COUNCIL
ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY         STATE OF NEW YORK
-------------------------------------------------------------------------

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, ETAL   plaintiff<br>- against -<br>EDGE DEVELOPMENT CONSTRUCTION, INC.,   defendant<br>ETANO | Index No. **07 CIV 8818**<br>Date Filed ............<br>Office No.<br>Court Date:   /   / |

-------------------------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY**                     being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**29th   of November,  2007 at   12:40 pm**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 STATEMENT, CONSENT AWARD**
UPON: EDGE DEVELOPMENT CONSTRUCTION, INC.
**the DEFENDANT** in this action, by delivering to and leaving with
   **CAROL VOGT, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

   Deponent further describes the person actually served as follows:

      SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLACK**
      APP. AGE: **45**       APP. HT: **5:4**        APP. WT: **140**
OTHER IDENTIFYING FEATURES:


SWORN TO BEFORE ME THIS
5th   DAY OF   December, 2007sr                 ...........................
                                                STEVE AVERY
SAMSON NEWMAN                                   AETNA   CENTRAL   JUDICIAL   SERVICES
Notary Public, State of New York                225 BROADWAY, SUITE 1802
   No.01NE-4783767                              NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                    Reference No: 3MTDC94618
Commission Expires 11/03/2009