UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TRUSTEES FOR THE MASON TENDERS :
DISTRICT COUNCIL WELFARE FUND, :
PENSION FUND, ANNUITY FUND, and :
TRAINING PROGRAM FUND :
               and :    Civil Action
     :    No. 07 CV 8818 (RWS)
ROBERT BONANZA, as Business Manager :
of the MASON TENDERS DISTRICT COUNCIL : ECF CASE
OF GREATER NEW YORK, :

Plaintiffs, : **DEFAULT JUDGMENT**

-against- :

EDGE DEVELOPMENT CONSTRUCTION INC. :
and J.A. "DREW" DIAZ, :

          Defendants. :
-------------------------------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

    This action having been commenced on October 12, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant EDGE DEVELOPMENT CONSTRUCTION, INC. through the Office of the Secretary of State of the State of New York on November 29, 2007, and proof of service having been filed on March 31, 2008 and Defendant EDGE DEVELOPMENT CONSTRUCTION, INC. not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant EDGE DEVELOPMENT CONSTRUCTION, INC. in the liquidated amount of $54,532.60.

Dated: New York, New York
_____

_____
U.S.D.J Robert W. Sweet
6-12-08

This document was entered on the docket on _____ .